UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| HOWARD E. MARTIN, III, | : | Case No. 2:22-cv-4423 |
| Petitioner, | : | |
| vs. | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Karen L. Litkovitz |
| TIM SHOOP, WARDEN CHILLICOTHE CORRECTIONAL INSTITUTION | : | |
| Respondent. | : | |

**ORDER**

On March 17, 2023, the Undersigned recommended that this case be dismissed because Petitioner had not filed a habeas corpus petition on the appropriate standard form. (Doc. 7). Petitioner has objected to this recommendation. (Doc. 9). Liberally construed, his objection suggests that he did not realize he needed to file the standard form for a habeas corpus petition, or did not have the proper form. He says his objection is supported by the standard form, but a completed standard form was not attached to his filing. He also seeks an extension of time. (Doc. 8).

The Undersigned will give Petitioner **one final extension of time** to file a proper habeas corpus petition on the standard form. The pending Report and Recommendation (Doc. 7) is **WITHDRAWN**. The Clerk of Court is **DIRECTED** to send Petitioner blank copies of the standard form for a Petition under 28 U.S.C. § 2254 and a Motion under 28 U.S.C. § 2255. Petitioner is **ORDERED** to complete and return one of these standard forms. He must do so

**WITHIN 30 DAYS** of this Order.

    **IT IS SO ORDERED.**

March 31, 2023                             *Karen L. Litkovitz*
                                             KAREN L. LITKOVITZ
                                             UNITED STATES MAGISTRATE JUDGE