UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HOWARD E. MARTIN, III,**

    Petitioner,

:

  v.

**WARDEN, CHILLICOTHE CORRECTIONAL INSTITUTION,**

:

    Respondent.

Case No. 2:22-cv-4423
Judge Sarah D. Morrison
Magistrate Judge Karen L. Litkovitz

## ORDER

On May 8, 2023, the Magistrate Judge issued a Report and Recommendation recommending the Court deny Petitioner Howard E. Martin, III's 28 U.S.C. § 2255 Motion. (R&R, ECF No. 16; *see* ECF No. 11-2.) The Magistrate Judge explains that Mr. Martin is a person in state custody who must proceed under 28 U.S.C. § 2254. (R&R.) Mr. Martin also filed a § 2254 Petition. (ECF No. 11-1.)

Although Mr. Martin was advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so (R&R, PageID 132–33), no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Mr. Martin's § 2255 Motion is **DENIED**.

    **IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON**
    **UNITED STATES DISTRICT JUDGE**