**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America**

        vs.

**KEVEANTE DESHAWN SMOOT**

**NOTICE**

Case No. 2:22-cr-160 and
2:19-cr-20

**JUDGE SARAH D. MORRISON**

     **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:    United States District Court
           Joseph P. Kinneary U.S. Courthouse
           85 Marconi Boulevard
           Columbus, Ohio 43215

**COURTROOM # 132**

**July 25, 2023, at 1:30 P.M.**

TYPE OF PROCEEDING: **SENTENCING HEARING ON 2:22-CR-160 and HEARING ON FINAL REVOCATION OF SUPERVISED RELEASE ON 2:19-CR-20**

***The following schedule is established:*
*(1) Any sentencing memorandum must be filed no later than seven days prior to sentencing. The memorandum shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing range.*
*(2) A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.*
*(3) Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.*

                                          **SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE**

DATE:   July 5, 2023

                                                   s /Maria Rossi
                                              (By) Maria Rossi, Deputy Clerk

To: Counsel served electronically via CM/ECF
      United States Probation
       US Marshal
       Pretrial Services